Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile:  (916) 447-2988

Attorneys for:
DANIEL BETANCOURT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL BETANCOURT,<br>  Defendant. | CASE NO.  2:13-CR-0075 TLN<br>                     2:13-CR-0230 TLN<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND J&S |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney NIRAV DESAI, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant DANIEL BETANCOURT, that the current date scheduled for March 27, 2014, be vacated and the matter be continued to this Court's criminal calendar on June 26, 2014, at 9:30 a.m. for judgment and sentencing.

It is further stipulated that the briefing schedule be reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | June 26, 2014 |
| Reply or Statement of non-opposition: | June 19, 2014 |
| Formal Objections: | June 5, 2014 |
| Informal Objections: | May 22, 2014 |

IT IS SO STIPULATED.

Stipulation and Order Continuing J&S                           1

Dated: March 6, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Nirav Desai
NIRAV DESAI
Assistant United States Attorney

Dated: March 6, 2014

/s/  Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Daniel Betancourt

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of March, 2014.

Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S