Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
DANIEL BETANCOURT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BETANCOURT,<br>　　　　　　　　　Defendant. | CASE NO.  2:13-CR-0075-TLN<br>　　　　　　　2:13-CR-0230-TLN<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND JUDGMENT AND SENTENCING TO AUGUST 7, 2014 |

**STIPULATION**

1.　　It is hereby stipulated by and between Assistant United States Attorney NIRAV DESAI, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant DANIEL BETANCOURT, that the current date scheduled for June 26, 2014, be vacated and the matter be continued to this Court's criminal calendar on August 7, 2014, at 9:30 a.m. for judgment and sentencing.

　　　It is further stipulated that the briefing schedule be reset as follows:

　　　Judgment and Sentencing Date:　　　August 7, 2014

　　　Reply or Statement of non-opposition:　　July 31, 2014

　　　Formal Objections:　　　　　　　　　July 24, 2014

　　　Informal Objections:　　　　　　　　July 10, 2014

　　　IT IS SO STIPULATED.

1  Dated:  June 19, 2014							BENJAMIN B. WAGNER
											United States Attorney
2

3										 /s/ Nirav Desai
											NIRAV DESAI
4										Assistant United States Attorney

5  Dated:  June 19, 2014							 /s/   Dina L. Santos
											DINA SANTOS, ESQ.
6										Attorney for Daniel Betancourt

## ORDER

IT IS SO FOUND AND ORDERED this 20th day of June, 2014.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S			2